United States Courts
Southern District of Texas
FILED

JAN 3 1 2017

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO. |
| | § | |
| CHRISTOPHER RAY NUNES | § | 17 CR 52 |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Coercion and Enticement)

On or about November 19, 2015, through November 20, 2015, within the Southern District of Texas and elsewhere,

**CHRISTOPHER RAY NUNES,**

defendant herein, by use of the United States mail and by means of a facility of interstate and foreign commerce, did knowingly and intentionally attempt to persuade, induce, entice, and coerce a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of Texas, that is, the crime of Online Solicitation of a Minor, in violation of Texas Penal Code 33.021 and the crime of Attempted Sexual Assault of a Child, in violation of Texas Penal Code 15.01 and 22.011.

**In violation of Title 18, United States Code, Section 2422(b).**

1

A True Bill:

Original signature on File

Grand Jury Foreperson

KENNETH MAGIDSON
United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374