| | | |
|---|---|---|
| **BROWNSVILLE**<br>600 E. HARRISON STREET # 103<br>BROWNSVILLE 78520-7122<br>(956) 548-2522 | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS<br>PROBATION OFFICE | **CORPUS CHRISTI**<br>1133 N. SHORELINE STE. 124<br>CORPUS CHRISTI 78401<br>(361) 888-3145 |
| **HOUSTON**<br>P. O. BOX 61207<br>HOUSTON 77208<br>(713) 250-5266 |  | **VICTORIA**<br>P. O. BOX 125<br>VICTORIA 77902-0125<br>(361) 579-6640 |
| **GALVESTON**<br>P. O. BOX 2670<br>GALVESTON 77553-2670<br>(409) 766-3733 | | **McALLEN**<br>1701 WEST BUSINESS 83, SUITE 729<br>McALLEN 78501-5159<br>(956) 618-8035 |
| **LAREDO**<br>1300 VICTORIA, SUITE 2111<br>LAREDO 78040<br>(956) 726-2255 | March 31, 2017 | |

**REPLY TO: HOUSTON**

Honorable Dena Hanovice Palermo
U.S. Magistrate Judge
Southern District of Texas
Houston Division

                                      **RE: Christopher Ray Nunes**
                                      **4:17-CR-00052-01**
                                      <u>**Violation Notice**</u>

Honorable Judge Palermo,

On February 6, 2016, Christopher Ray Nunes appeared before your Honor on charges of Coercion and Enticement and was released on a $25,000 unsecured bond with bond conditions to include location monitoring with GPS (home detention) and was to reside in the Western District of Texas.

The defendant is currently being supervised by the United States Pretrial Services Office in Austin, Texas. On February 7, 2017, the defendant reported to the United States Pretrial Services Office in Austin, Texas, and was provided with the Location Monitoring Program Participant Agreement during his post-release intake interview.

On February 14, 2017, a Bond Violation Notice was submitted to the Court, after the defendant left the U.S. Pretrial Services Office in Austin, Texas, on February 7, 2017, and headed to his residence located in Giddings, Texas, but stopped at Sonic Drive-in located at 198 US-290 in Elgin, Texas, for several minutes (5:16 PM-5:21 PM). The U.S. Probation Office recommended no action be taken and the Court concurred with the recommendation.

On March 28, 2017, the defendant violated bond condition 7(s) and location monitoring condition rule 14 which state:

**Condition 7(s): Shall not have computer or internet access, and comply with the Computer Monitoring Program and contribute to the cost of the monitoring base on the ability to pay**

**Rule 14: I understand that the use of the multi-player function, which requires a connection to the Internet, or any video game is prohibited. This includes, but is not limited to, PC games, Console (i.e. Xbox, PlayStation) games, etc. I further understand that I may not download, install, or use video games that have a multi-player function.**

According to the U.S. Pretrial Services Office in the Western District of Texas, Austin Division,

> "on March 28, 2017, an unannounced home contact was made with the defendant at his residence. He was home alone. A walk through of the residence took place. In plain sight was a computer screen, modem, mouse, and keyboard. It was all disconnected and wrapped up as if it had not been in use. In the defendant's bedroom was an Xbox. In the kitchen was a Samsung Galaxy smart phone. The defendant was questioned about all of these items. He noted the computer was old and not in use. Nunes relayed he believed he was allowed to have an Xbox since he did not have internet access. He explained the Samsung phone belonged to his mother and it was password protected and he was not aware of the password.
>
> After leaving the residence, I called the defendant's father, however, his mother answered. She verified she left her phone behind in the event they needed to contact the defendant and she verified the phone was password protected and the defendant was not aware of the password.
>
> Defendant Nunes has been advised he is not allowed to have access to any computers, Xbox's, or smart phones. The defendant was reminded that all violations are reported to the originating district. He has been verbally admonished for the non-compliance.
>
> On March 29, 2017, the defendant's mother verified the computer and Xbox have been removed from the residence. She is aware the defendant is not allowed to have access to a cell phone, computer, or Xbox."

## Recommendation:

The supervising district verbally admonished the defendant for the violation. As such, U.S. Probation is recommending the defendant remain on bond and no action be taken at this time. Upon any further noncompliance/violations of his bond conditions, the Court will be apprised.

Respectfully,

Sergio Garza
U. S. Probation Officer

Tony Ramirez
Supervising U.S. Probation Officer

THE COURT (DOES) / ~~DOES NOT~~ CONCUR

___Dena Palermo___       3/31/17
Honorable Dena Hanovice Palermo      Date
U.S. Magistrate Judge